IN THE

# United States Court of Appeals
# for the Eighth Circuit

NOVARTIS PHARMACEUTICALS CORPORATION,

*Plaintiff-Appellant,*

v.

ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri; JAMES L. GRAY, in his official capacity as President of the Missouri Board of Pharmacy; CHRISTIAN S. TADRUS, in his official capacity as Vice President of the Missouri Board of Pharmacy; DOUGLAS R. LANG, in his official capacity as a member of the Missouri Board of Pharmacy; COLBY GROVE, in his official capacity as a member of the Missouri Board of Pharmacy; ANITA K. PARRAN, in her official capacity as a member of the Missouri Board of Pharmacy; TAMMY THOMPSON, in her official capacity as a member of the Missouri Board of Pharmacy; and DARREN HARRIS, in his official capacity as a member of the Missouri Board of Pharmacy,

*Defendants-Appellees,*

*—and—*

MISSOURI HOSPITAL ASSOCIATION and MISSOURI PRIMARY CARE ASSOCIATION,

*Intervenors-Appellees.*

On Appeal from the United States District Court for the Western District of Missouri, 2:24-cv-04131-MDH
The Honorable M. Douglas Harpool

**PLAINTIFF-APPELLANT NOVARTIS PHARMACEUTICALS CORPORATION'S METHOD OF APPENDIX PREPARATION NOTIFICATION**

JESSICA L. ELLSWORTH
SUSAN M. COOK
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

April 14, 2025                    *Counsel for Plaintiff-Appellant*

1

Pursuant to Local Rule 30A(b)(2) and this Court's order dated March 31, 2025, Plaintiff-Appellant Novartis Pharmaceuticals Corporation provides notice that it has conferred with all parties and intends to prepare and file a joint appendix with its opening brief.

April 14, 2025

Respectfully submitted,

/s/ Jessica L. Ellsworth
JESSICA L. ELLSWORTH
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

*Counsel for Plaintiff-Appellant*

Appellate Case: 25-1619    Page: 2    Date Filed: 04/14/2025 Entry ID: 5506346

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the Court's CM/ECF system on April 14, 2025. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth