# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 27, 2025

William B. Schultz
ZUCKERMAN & SPAEDER
Suite 400
2100 L Street, N.W.
Washington, DC  20037-1525

RE:  25-1619  Novartis Pharmaceuticals Corp. v. Bailey, et al

Dear Counsel:

The amicus curiae brief of 340B Health, American Hospital Association and American Society of Health-System Pharmacists has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Susan E. Bindler
Clerk of Court

CRJ

Enclosure(s)

cc: Alexa Brianne Barton
 Louis Joseph Capozzi III
 Ronald S. Connelly
 Susan Cook
 Tanner Cook
 Jessica Lynn Ellsworth
 Marlan Golden
 Charles W. Hatfield
 Hannah Elizabeth Hauer
 Matthew J. Higgins
 Alyssa Howard

Benjamin Levin
Fernando Montoya
Michael T. Raupp
Catherine Emily Stetson
J. Patrick Sullivan
Bryan O. Wade
Sam Zwingli

District Court/Agency Case Number(s):   2:24-cv-04131-MDH