**UNITED STATES COURT OF APPEALS  
FOR THE EIGHTH CIRCUIT**

No: 25-1619

Novartis Pharmaceuticals Corporation

Appellant

v.

Andrew Bailey, in his official capacity as Attorney General of the State of Missouri, et al.

Appellees

------------------------------

American Hospital Association, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City  
(2:24-cv-04131-MDH)
_____

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until October 8, 2025 to file the brief.

August 28, 2025

Order Entered Under Rule 27A(a):  
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____  
　　　　/s/ Susan E. Bindler