

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

October 24, 2025

**By CM/ECF**

Susan E. Bindler, Clerk
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

**Re: *Novartis Pharmaceuticals Corp. v. Hanaway*, No. 25-1619**

Dear Ms. Bindler:

I write regarding scheduling of oral argument in the above-referenced case.  I will be unavailable for argument from December 15–17, 2025, because of a previously scheduled argument in the U.S. Court of Appeals for the Second Circuit, and on February 13, 2026, because of a preplanned family event.  I respectfully request that oral argument not be set for these dates.

Thank you for your consideration.

        Respectfully submitted,
        /s/ Jessica L. Ellsworth
        Jessica L. Ellsworth
        Counsel for Appellant
        Novartis Pharmaceuticals
        Corporation

        cc: All counsel of record
        (via CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Washington, D.C.  For more information see www.hoganlovells.com