

# ATTORNEY GENERAL OF MISSOURI
CATHERINE L. HANAWAY

April 7, 2026

**VIA CM/ECF**

Ms. Susan E. Bindler, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Federal Courthouse
111 South 10th Street
St. Louis, MO 63102

RE:  *Novartis Pharmaceuticals Corp. v. Hanaway*, No. 25-1619
     Response to Appellant's Rule 28(j) Notice Regarding *PhRMA v. McCuskey*, No. 25-1054 (4th Cir. Mar. 31, 2026)

Dear Ms. Bindler:

This afternoon, Appellant provided notice of the Fourth Circuit's recent opinion in *PhRMA v. McCuskey*, No. 25-1054 (4th Cir. Mar. 31, 2026). There, in a 2-1 decision, the Fourth Circuit held that West Virginia's S.B. 325 is "likely preempted" by federal law establishing the § 340B program. Slip. Op. at 22–31. Along the way, the Fourth Circuit created a circuit split. It explicitly disagreed with this Court's opinion in *PhRMA v. McClain*, 95 F.4th 1136, 1143 (8th Cir. 2024), and with opinions from at least nine other federal circuit and district courts. *Id.* at 31 n.12 (expressly disagreeing with *McClain* and *AbbVie, Inc. v. Fitch*, 152 F.4th 635 (5th Cir. 2025)); *see also id.* at 41–42 nn.2–3 (Benjamin, J., dissenting) (collecting cases).

At this stage, *McCuskey* provides no support to Appellant. Rather, the Fourth Circuit's express disagreement with *McClain* only confirms that the panel is bound to disregard *McCuskey* and to follow its prior precedent in *McClain*. *See Mader v. United States*, 654 F.3d 794, 800 (8th Cir. 2011) (en

1

banc) ("It is a cardinal rule in our circuit that one panel is bound by the decision of a prior panel." (internal quotation omitted)).

Implicitly acknowledging this, Appellant concludes its 28(j) letter by arguing that "en banc review of th[e] [preemption] issue is warranted" in light of *McCuskey*. App. 28(j) Notice at 2 (filed April 7, 2026). But a pre-decision 28(j) letter is not an appropriate petition for rehearing en banc. Thus, the panel should disregard Appellant's 28(j) letter, which fails to raise "pertinent and significant authorities" that control the panel's decision. *See* Fed. R. App. P. 28(j).

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Louis J. Capozzi, III*
Louis J. Capozzi III, #77756MO
  *Solicitor General*
815 Olive Street, Ste. #200
St. Louis, Missouri 63101
(573) 821-0378
Louis.Capozzi@ago.mo.gov

*Counsel for Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, the above was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, which serve all counsel of record.

/s/ *Louis J. Capozzi*

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the body of this letter contains less than 350 words as determined by the word-count feature of Microsoft Word.

/s/ *Louis J. Capozzi*