

ATTORNEY GENERAL OF MISSOURI
CATHERINE L. HANAWAY

June 23, 2026

**VIA CM/ECF**

Ms. Susan E. Bindler, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Federal Courthouse
111 South 10th Street
St. Louis, MO 63102

RE: *Novartis Pharmaceuticals Corp. v. Hanaway*, No. 25-1619
Rule 28(j) Notice Regarding Rehearing En Banc of *PhRMA v. McCuskey*, 171 F.4th 675 (4th Cir. 2026)

Dear Ms. Bindler:

A couple months ago, Appellant submitted a Rule 28(j) notice of the Fourth Circuit's decision in *PhRMA v. McCuskey*, 171 F.4th 675 (4th Cir. 2026). There, in a 2-1 decision, the Fourth Circuit held that West Virginia's S.B. 325 is "likely preempted" by federal law establishing the § 340B program. *Id.* at 690–95. The Fourth Circuit's opinion created a circuit split. It explicitly disagreed with this Court's opinion in *PhRMA v. McClain*, 95 F.4th 1136, 1143 (8th Cir. 2024), and with opinions from at least nine other federal circuit and district courts. *McCuskey*, 171 F.4th at 695 n.12 (expressly disagreeing with *McClain* and *AbbVie, Inc. v. Fitch*, 152 F.4th 635 (5th Cir. 2025)); *see also id.* at 700 nn.2–3 (Benjamin, J., dissenting) (collecting cases).

As Appellee noted in her prior response to Appellant's 28(j) letter, the Fourth Circuit's express disagreement with this Court's *McClain* opinion merely confirms that this Court must disregard *McCuskey* and to follow its prior precedent in *McClain*. *See Mader v. United States*, 654 F.3d 794, 800

1

(8th Cir. 2011) (en banc) ("It is a cardinal rule in our circuit that one panel is bound by the decision of a prior panel." (internal quotation omitted)). This alone is sufficient to reject the Fourth Circuit's opinion in *McCuskey*.

Yet, recent developments also confirm that *McCuskey* is not persuasive—let alone controlling. The Fourth Circuit recently granted rehearing en banc of the panel opinion in *McCuskey*. *See* Order (attached). Thus, the Fourth Circuit appears poised to correct the circuit split created by the 2-1 decision in *McCuskey*.

For all the above reasons, this Court should afford no weight to the Fourth Circuit's opinion in *McCuskey*.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Louis J. Capozzi, III*
Louis J. Capozzi III, #77756MO
 *Solicitor General*
815 Olive Street, Ste. #200
St. Louis, Missouri 63101
(573) 821-0378
Louis.Capozzi@ago.mo.gov

*Counsel for Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2026, the above was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, which serve all counsel of record.

/s/ *Louis J. Capozzi*

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the body of this letter contains less than 350 words as determined by the word-count feature of Microsoft Word.

/s/ *Louis J. Capozzi*

FILED:  June 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1054 (L)
(2:24-cv-00271)

_____

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA

Plaintiff - Appellee

v.

JOHN B. MCCUSKEY, in his official capacity as Attorney General of West Virginia; JOHN BERNABEI, in his official capacity as a member of the West Virginia Board of Pharmacy; JAMES RUCKER, in his official capacity as a member of the West Virginia Board of Pharmacy; JENNA MISITI, in her official capacity as a member of the West Virginia Board of Pharmacy; SAM KAPOURALES, in his official capacity as a member of the West Virginia Board of Pharmacy; DAVID BOWYER, in his official capacity as a member of the West Virginia Board of Pharmacy; DENNIS LEWIS, in his official capacity as a member of the West Virginia Board of Pharmacy; ROBERT DUNCAN, in his official capacity as a member of the West Virginia Board of Pharmacy; ALLAN MCVEY, in his official capacity as Insurance Commissioner

Defendants - Appellants

------------------------------

340B HEALTH; AMERICAN HOSPITAL ASSOCIATION; WEST VIRGINIA HOSPITAL ASSOCIATION; WEST VIRGINIA PRIMARY CARE ASSOCIATION

Amici Supporting Appellants

and

AMERICAN SOCIETY OF HEALTH-SYSTEMS PHARMACISTS

Amicus Supporting Rehearing Petition

_____

AMENDED ORDER

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

Judges Wilkinson, Agee, Harris, and Quattlebaum were recused and did not participate in the poll.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case shall be scheduled for oral argument at the next available court session.

For the Court

/s/ Nwamaka Anowi, Clerk