# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1619

Novartis Pharmaceuticals Corporation

Appellant

v.

Catherine L. Hanaway, in her official capacity as Attorney General of the State of Missouri, et al.

Appellees

------------------------------

United States of America

Amicus on Behalf of Appellant(s)

American Hospital Association, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:24-cv-04131-MDH)

---

**ORDER**

A petition for rehearing en banc has been filed by Appellant Novartis Pharmaceuticals Corporation in the above case. The court requests a response to the petition for rehearing en banc.

The response is limited to 3900 words and must contain a word count certificate. The response should be filed electronically by August 21, 2026.

August 11, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler